

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN, TEXAS 78711

JOHN L. HILL
ATTORNEY GENERAL

October 5, 1977

Mr. Ron Resech, Executive
   Director
Texas Cosmetology Commission
1111 Rio Grande
Austin, Texas

Opinion No. H-1066

Re: Whether use of a
depilatron machine is
subject to regulation
by the Texas Cosmetology
Commission.

Dear Mr. Resech:

You have requested our opinion concerning whether the
use of a depilatron machine is subject to regulation by the
Texas Cosmetology Commission. You explain that a depilatron
machine is a device for the removal of hair by use of a pair
of tweezers which carry an electric current.

Article 8451a, V.T.C.S., provides for regulation by the
Cosmetology Commission of the removal of "superfluous hair from
the body by use of depilatories or tweezers." Sec. 1 (3)(c).
See Attorney General Opinion M-1270 (1972). Since the statute
makes no distinction between mechanical and electric tweezers,
the use of a depilatron machine is within the regulatory
jurisdiction of the Texas Cosmetology Commission.

### S U M M A R Y

The use of a depilatron machine is within
the regulatory jurisdiction of the Texas
Cosmetology Commission.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jst